| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Pryor, Jill A. | 2. Court or Organization Court of Appeals-Eleventh Circuit | 3. Date of Report 05/15/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Court of Appeals Judge (Active) | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final  Date 5b. ☐ Amended Report | 6. Reporting Period 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

56 Forsyth Street
Atlanta, GA 30303

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. President | ▓▓▓▓▓▓, PC |
| 2. Member | ▓▓▓▓▓▓▓▓ (VII lines 3 & 11) |
| 3. President, Director | ▓▓▓▓▓▓▓ (VII line 17) |
| 4. Member | ▓▓▓▓▓▓▓ (VII line 18) |
| 5. Trustee | Trust #1 (VII line 16) |
| 6. Member | ▓▓▓▓▓▓, LLC |
| 7. Member | ▓▓▓▓▓▓, LLC |
| 8. Member | ▓▓▓▓▓▓▓, LLC |
| 9. Member | ▓▓▓▓▓, LLC |
| 10. Member | ▓▓▓▓▓▓, LLC |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jill A. | 05/15/2015 |

3.

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | Bondurant Mixson & Elmore, LLP via ▉▉▉▉▉ - gross wages and distributions. Resigned 10/2/2014. | $932,060.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Bondurant Mixson & Elmore, LLP via Edward B. Krugman, PC - wages and distributions |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Bondurant, Mixson & Elmore, LLP | judicial robe | $516.00 |
| 2. | Bondurant, Mixson & Elmore, LLP | wine and beer for investiture reception | $1,211.00 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Flagstar | Mortgage on rental property #2 (VII line 2) | M |
| 2. | Morgan Stanley | Line of credit secured by investment accounts; used to pay off mortgage on rental property #3(VII line 3) | O |
| 3. | Wells Fargo | Mortgage on rental property #4 (VII line 4) | N |
| 4. | Bank of America | Mortgage on rental property #5 (VII line 5) | M |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jill A. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental property #1, Atlanta, Fulton County, Georgia | E | Rent | M | W | | | | | |
| 2. Rental property #2, Atlanta, Fulton County, Georgia | E | Rent | N | W | | | | | |
| 3. Rental property #3, Atlanta, Fulton County, Georgia | G | Rent | O | W | | | | | |
| 4. Rental property #4, Sarasota, Sarasota County, Florida | E | Rent | N | W | | | | | |
| 5. Rental property #5, Sarasota, Sarasota County, Florida | F | Rent | N | W | | | | | |
| 6. Vacation home #2, Sarasota, Sarasota County, Florida | D | Rent | N | W | | | | | |
| 7. First Citizens bank accounts (Y) | | | | | | | | | |
| 8. SunTrust bank accounts | A | Interest | L | T | | | | | |
| 9. Bank of America bank accounts | A | Interest | J | T | | | | | |
| 10. Wells Fargo bank account (Y) | | | | | | | | | |
| 11. Wells Fargo bank account (Sussex Properties, LLC) (Y) | | | | | | | | | |
| 12. Associated Credit Union account | A | Dividend | J | T | | | | | |
| 13. State Bank bank accounts | A | Interest | L | T | | | | | |
| 14. Citibank cash accounts | A | Interest | J | T | | | | | |
| 15. Atlantic Capital bank account | A | Interest | J | T | | | | | |
| 16. Trust #1 -AXA Equitable Whole Life insurance policy | C | Dividend | M | T | | | | | |
| 17. ▓▓▓▓▓ Corporation | | None | N | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jill A. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ▓▓▓▓▓▓▓., LLC | | None | K | S | | | | | |
| 19. Fifth Third Bank | A | Interest | K | T | | | | | |
| 20. Morgan Stanley Bank Deposit Program (cash equivalent) | A | Interest | O | T | Open | | | | |
| 21. IBM Corp. stock | B | Dividend | K | T | | | | | |
| 22. Intel Corp. stock | A | Dividend | K | T | Donated (part) | | | | |
| 23. Microsoft Corp. stock (Y) | | | | | | | | | |
| 24. Coca-Cola Co. stock | A | Dividend | J | T | | | | | |
| 25. Xerox Corp. stock | A | Dividend | J | T | | | | | |
| 26. NewsCorp C1-B stock | | None | K | T | | | | | |
| 27. Active Bear ETF | | None | L | T | Buy | 08/18/14 | K | | |
| 28. | | | | | Buy (add'l) | 08/20/14 | K | | |
| 29. | | | | | Buy (add'l) | 08/25/14 | J | | |
| 30. Avigilon Corp | | None | L | T | Buy | 09/25/14 | J | | |
| 31. | | | | | Buy (add'l) | 10/02/14 | J | | |
| 32. | | | | | Buy (add'l) | 10/03/14 | K | | |
| 33. | | | | | Buy (add'l) | 10/07/14 | J | | |
| 34. | | | | | Buy (add'l) | 10/08/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jill A. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 10/09/14 | J | | |
| 36. | | | | | Buy (add'l) | 10/15/14 | J | | |
| 37. | | | | | Buy (add'l) | 10/17/14 | J | | |
| 38. | | | | | Buy (add'l) | 10/20/14 | J | | |
| 39. | | | | | Buy (add'l) | 10/28/14 | J | | |
| 40. | | | | | Buy (add'l) | 10/30/14 | J | | |
| 41. | | | | | Buy (add'l) | 11/04/14 | J | | |
| 42. Berkshire Hathaway C1-B stock | | None | L | T | | | | | |
| 43. Cisco Systems stock | A | Dividend | | | Sold | 02/06/14 | K | D | |
| 44. WisdomTree Trust Emerging Markets EQT (Y) | | | | | | | | | |
| 45. Vodafone Group PLC (formerly Vodafone Gp PLC ADS New Stock) | A | Dividend | J | T | | | | | |
| 46. Verizon Communications | | None | | | Spinoff (from line 45) | 2/24/14 | J | | |
| 47. | | | | | Sold | 02/25/14 | J | | |
| 48. Google Inc CL-A stock | | None | K | T | | | | | |
| 49. Google Inc CL-C stock | | None | K | T | Spinoff (from line 48) | 04/02/14 | K | | |
| 50. Telefonica SA ADR | A | Dividend | J | T | | | | | |
| 51. American International Group stock | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jill A. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. BlackRock Equity Dividend Fund I | | None | | | Sold | 01/13/14 | N | F | |
| 53. FPA Crescent Fund - I | D | Dividend | O | T | Buy (add'l) | 01/13/14 | N | | |
| 54. Federated International Strategic Value Dividend Fund - I | D | Dividend | M | T | Sold (part) | 10/16/14 | J | A | |
| 55. | | | | | Sold (part) | 12/18/14 | J | A | |
| 56. First Eagle Global Fund - I | C | Dividend | N | T | Sold (part) | 10/29/14 | J | A | |
| 57. | | | | | Sold (part) | 12/18/14 | J | A | |
| 58. Harbor Capital Appreciation Fund | A | Dividend | K | T | | | | | |
| 59. Henderson European Focus Fund - I | C | Dividend | M | T | | | | | |
| 60. Mainstay Epoch Global Equity Yield Fund - A | D | Dividend | M | T | Sold (part) | 10/16/14 | J | A | |
| 61. | | | | | Sold (part) | 10/29/14 | J | A | |
| 62. | | | | | Sold (part) | 12/18/14 | J | A | |
| 63. PIA Short Term Securities Fund | A | Dividend | J | T | | | | | |
| 64. T. Rowe Price Capital Appreciation Fund | A | Dividend | K | T | Sold (part) | 10/16/14 | J | A | |
| 65. | | | | | Sold (part) | 10/29/14 | J | A | |
| 66. | | | | | Sold (part) | 12/18/14 | J | A | |
| 67. TCW Emerging Markets Income Fund - I (formerly TCW Emrg Mkts In Fd-N) | D | Dividend | M | T | Sold (part) | 08/18/14 | J | | |
| 68. | | | | | Sold (part) | 10/16/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jill A. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 10/29/14 | J | A | |
| 70. TCW Total Return Bond Fund - I (formerly TCW Total Return Bd Fd - N) | C | Dividend | N | T | | | | | |
| 71. Templeton Global Bond Fund - Adv | C | Dividend | M | T | Sold (part) | 08/18/14 | J | A | |
| 72. | | | | | Sold (part) | 10/16/14 | J | | |
| 73. Tweedy Browne Global Value Fund | A | Dividend | J | T | | | | | |
| 74. Vanguard Intermediate Term Tax-Exempt Fund - Inv | B | Dividend | L | T | Sold (part) | 08/18/14 | J | A | |
| 75. | | | | | Sold (part) | 10/16/14 | J | A | |
| 76. Vanguard Limited Term Tax-Exampt Fund | B | Dividend | M | T | Sold (part) | 08/18/14 | J | A | |
| 77. | | | | | Sold (part) | 10/16/14 | J | A | |
| 78. | | | | | Sold (part) | 10/29/14 | J | A | |
| 79. Vanguard Mid Cap ETF (Y) | | | | | | | | | |
| 80. Vanguard Small Cap ETF (Y) | | | | | | | | | |
| 81. Wells Fargo Adv Ultra S/T Muni Income Fund - Adm | A | Dividend | M | T | Sold (part) | 08/18/14 | J | A | |
| 82. Wells Fargo Emerging Markets Equity - Adm | B | Dividend | N | T | | | | | |
| 83. Wells Fargo Adv St Muni Bond Fund - Adm | B | Dividend | M | T | Sold (part) | 10/16/14 | J | A | |
| 84. 401k Bondurant, Mixson & Elmore, LLP Risk Level 4 Portfolio | E | Int./Div. | P1 | T | | | | | |
| 85. AXA Equitable: Multi-Manager Core Bond Annuity (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jill A. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. AXA Equitable: AXA International Core Volatility | | None | K | T | | | | | |
| 87. EQ/Montag Caldwell Growth Annuity (Y) | | | | | | | | | |
| 88. AXA Equitable: EQ/GAMCO Small Company Value Annuity | | None | J | T | | | | | |
| 89. EQ/Van Kampen Common Stock Annuity (Y) | | | | | | | | | |
| 90. AXA Equitable: EQ/Morgan Stanley Mid Cap Growth Annuity | | None | J | T | | | | | |
| 91. AXA Equitable: EQ/Quality Bond Plus | | None | L | T | | | | | |
| 92. AXA Equitable: AXA Large Cap Growth | | None | K | T | | | | | |
| 93. AXA Equitable: AXA Large Cap Value Volatility | | None | K | T | | | | | |
| 94. Excelerate Discovery, LLC | | None | K | U | | | | | |
| 95. TrustPoint International, LLC | | None | K | U | | | | | |
| 96. River's Edge Landing, LLC | | None | M | U | | | | | |
| 97. Ledbetter Lake Investors, LLC | | None | M | U | | | | | |
| 98. Dasher's Bay at Effingham, LLC | | None | L | U | | | | | |
| 99. Fideilty Advisor 529 College Portfolio - CL A | | None | M | T | Buy | 12/12/14 | M | | |
| 100. Fidelity Advisor 529 Portfolio 2013 | | None | | | Sold | 12/12/14 | M | | |
| 101. Fidelity Advisor 529 Portfolio 2025 - CL A | | None | M | T | | | | | |
| 102. MS HP Millenium USA II LP ID | | None | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jill A. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. HPD Starboard Value LP CL D | | None | M | T | | | | | |
| 104. MS HPD OZ DP II Fund I CL D | | None | M | T | | | | | |
| 105. SkyBridge Multi-Advisor Hedge Fund Portfolio Series G | D | Dividend | N | T | | | | | |
| 106. | | | | | | | | | |
| 107. | | | | | | | | | |
| 108. | | | | | | | | | |
| 109. | | | | | | | | | |
| 110. | | | | | | | | | |
| 111. | | | | | | | | | |
| 112. | | | | | | | | | |
| 113. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jill A. | 05/15/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I, line 2 - This entity owns a residential apartment building described in Part VII, line 3 and the bank account descibed in Part VII, line 11.

Part I, line 3 - This entity owns the undeveloped residential lot described in Part VII, line 17.

Part I, line 4 - This entity owns the undeveloped lots described in Part Vii, lines 18-36.

Part I, lines 6-8 - These entities were set up to own individual rental properties, but the properties have not been transferred to them. They have no assets.

Part I, lines 9-10 - These entities have no assets.

Part VII, line 17 - The asset previously listed here (an undeveloped residential lot) is an asset of the entity now listed on line 17.

Part VII, lines 18-36 - The assets previously listed here (undeveloped residential lots) are assets of the entity now listed on line 18.

Part VII, line 20 - This cash sweep account was inadvertently omitted from prior report.

Part VII, line 23 - Position was sold during 2013. Partial sell occurred on 01/24/13 and all remaining shares on 06/03/13.

Part VII, line 44 - Position was sold on 01/24/13.

Part VII, line 79 - Position was sold on 05/23/13.

Part VII, line 80 - Position was sold on 03/08/13.

Part VII, line 84 - Filer has no control over investments within 401k beyond choosing a general category of risk. As such, this consolidated entry replaces all the individual positions listed in the previous report. Those eliminated positions were lines 49-50, 53-55, 58, 62-64, 66-68, 70, 74, and 84 on the previous report.

Part VII, line 85 - Position was sold prior to 2014.

Part VII, line 86 - Formerly listed as EQ/International Core Plus Annuity.

Part VII, line 87 - Position was sold prior to 2014.

Part VII, line 88 - Formerly listed as EQ/GAMCO Small Company Value Annuity.

Part VII, line 89 - Position was sold prior to 2014.

Part VII, line 90 - Formerly listed as EQ/Morgan Stanley Mid Cap Growth Annuity.

Part VII, line 91 - Formerly listed as EQ/Qaulity Bond Plus Annuity.

Part VII, line 92 - Formerly listed as EQ/Large Cap Growth Plus Annuity.

Part VII, line 93 - Formerly listed as EQ/Large Cap Value Plus Annuity.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jill A. Pryor**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544